<pre>
UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    TAMMY J RUTH-JIMENEZ
          TAMMY J KOHLER
                                              CHAPTER 13

                Debtor(s)
                                              CASE NO: 1-18-02770-HWV
          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                Movant
          vs.
          TAMMY J RUTH-JIMENEZ etal.
                Respondent(s)
</pre>

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 19, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for Dismissal, a statement of which follows:

1. Debtor(s) filed the above case on June 29, 2018.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates  - **02/14/2019, 09/09/2020, 06/09/2021**

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $2,630.00, along with their current regular monthly payment of $730.00, through September 15, 2022. The total arrearage amount therefore due is **$3,360.00**

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

Case 1:18-bk-02770-HWV    Doc 46    Filed 09/19/22    Entered 09/19/22 13:27:23    Desc
Page 1 of 6

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated:  September 19, 2022

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Trustee
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    TAMMY J RUTH-JIMENEZ
            TAMMY J KOHLER

CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS        CASE NO: 1-18-02770-HWV
CHAPTER 13 TRUSTEE
        Movant
vs.
TAMMY J RUTH-JIMENEZ etal.
        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    October 12, 2022 at 09:35 AM
    Bankruptcy Courtroom
    Ronald Reagan Federal Bldg.
    3rd Floor, 228 Walnut Street
    Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: September 19, 2022          Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | TAMMY J RUTH-JIMENEZ<br>TAMMY J KOHLER | |
| | | CHAPTER 13 |
| | Debtor(s) | |
| | | CASE NO: 1-18-02770-HWV |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | |
| | Movant | |
| | vs. | |
| | TAMMY J RUTH-JIMENEZ etal. | |
| | Respondent(s) | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 19, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

MICHAEL S. TRAVIS, ESQUIRE
3904 TRINDLE ROAD
CAMP HILL PA 17011-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

TAMMY J RUTH-JIMENEZ
1156 NEW BRIDGEVILLE ROAD
RED LION PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 19, 2022         /s/ Matt Arcuri
                                  Office of the Standing Chapter 13 Trustee
                                  Jack N. Zaharopoulos, Trustee
                                  Suite A, 8125 Adams Dr.
                                  Hummelstown, PA 17036
                                  Phone: (717) 566-6097
                                  email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TAMMY J RUTH-JIMENEZ
TAMMY J KOHLER

CHAPTER 13

Debtor(s)

CASE NO: 1-18-02770-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant
vs.
TAMMY J RUTH-JIMENEZ etal
    Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.