Certificate Number: 05781-PAM-DE-037277942

Bankruptcy Case Number: 18-02770


05781-PAM-DE-037277942

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on March 20, 2023, at 4:36 o'clock PM PDT, Tammy Ruth Jimenez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 20, 2023            By:   /s/Allison M Geving

                                  Name: Allison M Geving

                                  Title: President