# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Tammy J Ruth-Jimenez

Case No.: 1-18-02770HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar Mortgage |
| Court Claim Number: | 8 |
| Last Four of Loan Number: | 6454 |
| Property Address if applicable: | 1156 New Bridgeville Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $24,907.27 |
| b. | Prepetition arrearages paid by the trustee: | $24,907.27 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $24,907.27 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 28, 2023

Respectfully submitted,

<u>/s/ Jack N. Zaharopoulos</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Tammy J Ruth-Jimenez

Case No.: 1-18-02770HWV
Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 28, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Michael S Travis, Esquire
3904 Trindle Rd
Camp Hill PA 17011

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Tammy J Ruth-Jimenez
1156 New Bridgeville Rd
Red Lion PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 28, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02770    **TAMMY J RUTH-JIMENEZ**

NATIONSTAR MORTGAGE
PO BOX 619094

DALLAS, TX   75261-9741

Acct No: 1156 New Bridgeville - PRE-A

ARREARS - 1156 NEW BRIDGEVILLE ROAD

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $166,152.07 | Debt: $24,907.27 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $24,907.27 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 06/14/2022 | 2013890 | $293.08 | $0.00 | $293.08 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/16/2022 | 2010760 | $1,332.98 | $0.00 | $1,332.98 | 03/24/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $666.49 | $0.00 | $666.49 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006567 | $1,351.24 | $0.00 | $1,351.24 | 11/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004504 | $1,372.40 | $0.00 | $1,372.40 | 09/22/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/14/2021 | 2002425 | $2,707.20 | $0.00 | $2,707.20 | 08/02/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000433 | $1,328.60 | $0.00 | $1,328.60 | 05/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228037 | $673.40 | $0.00 | $673.40 | 03/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2021 | 1226005 | $1,355.90 | $0.00 | $1,355.90 | 02/02/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/03/2020 | 1223325 | $3,121.30 | $0.00 | $3,121.30 | 11/13/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/12/2020 | 1220384 | $1,332.00 | $0.00 | $1,332.00 | 08/27/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/14/2020 | 1216243 | $1,380.84 | $0.00 | $1,380.84 | 04/29/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/12/2020 | 1214948 | $690.42 | $0.00 | $690.42 | 03/26/2020 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/13/2020 | 1213644 | $690.42 | $0.00 | $690.42 | 02/21/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/12/2019 | 1210897 | $1,380.84 | $0.00 | $1,380.84 | 12/19/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/10/2019 | 1208516 | $721.50 | $0.00 | $721.50 | 10/17/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/26/2019 | 1207213 | $688.94 | $0.00 | $688.94 | 10/02/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/07/2019 | 1205792 | $1,228.92 | $0.00 | $1,228.92 | 08/15/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2019 | 1204416 | $558.60 | $0.00 | $558.60 | 07/19/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/09/2019 | 1201734 | $558.60 | $0.00 | $558.60 | 05/17/2019 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/11/2019 | 1200383 | $1,473.60 | $0.00 | $1,473.60 | 04/19/2019 |

Sub-totals: $24,907.27  $0.00  $24,907.27

Grand Total: $24,907.27  $0.00