| | |
|---|---|
| Debtor 1 | Tammy J. Ruth-Jimenez a/k/a Tammy J. Kohler |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of PA | |
| | (State) |
| Case number: 1:18-bk-02770-HWV | |

Official Form 4100R

# Response to Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.

| **Part 1:** | **Mortgage Information** |
|---|---|

Name of Creditor: **Lakeview Loan Servicing, LLC**      Court Claim no. (if known)
**8**

**Last 4 digits of any number you use to identify the debtor's account: XXXXXX6454**

Property address: **1156 New Bridgeville Rd**
                  Number          Street

                  **Red Lion, PA 17356**
                  City          State          Zip Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:  _____
                                                      MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

| | | |
|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) $4,927.39 ($5,098.41 less $171.02 suspense) |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | (b) $250.00 |
| **c.** | **Total**. Add lines a and b. | (c) $5,177.39 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:  1/1/2023
                                              MM / DD / YYYY

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X */s/Lorraine Gazzara Doyle*                                    Date: 4.13.23
   Signature

Print: **Lorraine Gazzara Doyle**                              Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for creditor)

   First Name    Middle Name    Last Name

Company  LOGS Legal Group LLP

Address  3600 Horizon Drive, Suite 150
   Number    Street
   King of Prussia, PA 19406
   City                                State    ZIP Code

Contact phone  (610) 278-6800                              Email  logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 4/14/23

Michael S. Travis, Esquire
3904 Trindle Road
Camp Hill, PA 17011

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Tammy J. Ruth-Jimenez a/k/a Tammy J. Kohler
1156 New Bridgeville Road
Red Lion, PA 17356

/s/Lorraine Gazzara Doyle

Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | TAMMY RUTH JIMENEZ | Payment Changes | |
|---|---|---|---|

| | | From Date | To Date | Total Amount |
|---|---|---|---|---|
| Case Number: | 1802770 | 1-Jul-18 | 1-Dec-18 | $1,253.21 |
| Filing Date: | 06/29/18 | 1-Jan-19 | 1-Nov-19 | $1,251.12 |
| | | 1-Dec-19 | 1-Nov-20 | $1,257.21 |
| Payments in POC: | $12,088.53 | 1-Dec-20 | 1-Nov-21 | $1,250.58 |
| First Post Due Date: | 07/01/18 | 1-Dec-21 | 1-Mar-22 | $1,252.06 |
| | | 1-Apr-22 | 1-Mar-23 | $1,272.28 |
| | | 1-Apr-23 | | $1,281.57 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| 07/17/18 | $ 1,180.00 | | | $ 1,180.00 | | | | $ 1,180.00 | $ 1,180.00 |
| 07/24/18 | | | | $ 1,180.00 | $ 711.09 | $ 468.91 | | $ (1,180.00) | $ - |
| 08/16/18 | $ 1,280.00 | 07/01/18 | $ 1,253.21 | $ 1,206.79 | $ 711.09 | $ 469.33 | | $ 99.58 | $ 99.58 |
| 09/18/18 | $ 1,349.63 | 08/01/18 | $ 1,253.21 | $ 1,303.21 | $ 711.09 | $ 469.33 | | $ 169.21 | $ 268.79 |
| 09/18/18 | $ 500.00 | | | $ 1,803.21 | | | | $ 500.00 | $ 768.79 |
| 09/18/18 | $ 150.00 | | | $ 1,953.21 | | | | $ 150.00 | $ 918.79 |
| 09/18/18 | $ 75.00 | | | $ 2,028.21 | | | | $ 75.00 | $ 993.79 |
| 10/23/18 | $ 100.00 | 09/01/18 | $ 1,253.21 | $ 875.00 | | | | $ 100.00 | $ 1,093.79 |
| 10/23/18 | $ 250.00 | | | $ 1,125.00 | | | | $ 250.00 | $ 1,343.79 |
| 10/23/18 | $ 150.00 | 10/01/18 | $ 1,253.21 | $ 21.79 | | | | $ 150.00 | $ 1,493.79 |
| 10/23/18 | $ 1,000.00 | | | $ 1,021.79 | $ 711.09 | $ 469.33 | | $ (180.42) | $ 1,313.37 |
| 10/23/18 | $ 225.00 | | | $ 1,246.79 | | | | $ 225.00 | $ 1,538.37 |
| 10/23/18 | $ 225.00 | | | $ 1,471.79 | $ 711.09 | $ 469.33 | | $ (955.42) | $ 582.95 |
| 11/19/18 | $ 546.42 | | | $ 2,018.21 | | | | $ 546.42 | $ 1,129.37 |
| 11/19/18 | $ 230.00 | 11/01/18 | $ 1,253.21 | $ 995.00 | $ 711.09 | $ 469.33 | | $ (950.42) | $ 178.95 |
| 11/19/18 | $ 240.00 | | | $ 1,235.00 | | | | $ 240.00 | $ 418.95 |
| 11/19/18 | $ 240.00 | 12/01/18 | $ 1,253.21 | $ 221.79 | | | | $ 240.00 | $ 658.95 |
| 12/19/18 | $ 533.21 | | | $ 755.00 | | | | $ 533.21 | $ 1,192.16 |
| 12/19/18 | $ 240.00 | | | $ 995.00 | $ 711.09 | $ 469.33 | | $ (940.42) | $ 251.74 |
| 12/19/18 | $ 150.00 | | | $ 1,145.00 | | | | $ 150.00 | $ 401.74 |
| 12/19/18 | $ 200.00 | 01/01/19 | $ 1,244.27 | $ 100.73 | | | | $ 200.00 | $ 601.74 |
| 12/19/18 | $ 180.00 | | | $ 280.73 | | | | $ 180.00 | $ 781.74 |
| 01/16/19 | $ 150.00 | | | $ 430.73 | | | | $ 150.00 | $ 931.74 |
| 01/16/19 | $ 200.00 | | | $ 630.73 | | | | $ 200.00 | $ 1,131.74 |
| 01/16/19 | $ 200.00 | | | $ 830.73 | | | | $ 200.00 | $ 1,331.74 |
| 01/16/19 | $ 175.00 | | | $ 1,005.73 | | | | $ 175.00 | $ 1,506.74 |
| 01/16/19 | $ 526.12 | 02/01/19 | $ 1,251.12 | $ 280.73 | $ 711.09 | $ 469.33 | | $ (654.30) | $ 852.44 |
| 02/23/19 | $ 250.00 | | | $ 530.73 | | | | $ 250.00 | $ 1,102.44 |
| 02/23/19 | $ 751.12 | 03/01/19 | $ 1,251.12 | $ 30.73 | | | | $ 751.12 | $ 1,853.56 |
| 02/23/19 | $ 250.00 | | | $ 280.73 | $ 711.09 | $ 469.33 | | $ (930.42) | $ 923.14 |
| 04/18/19 | | | | $ 280.73 | | | | $ - | $ 923.14 |
| 05/16/19 | $ 120.74 | | | $ 401.47 | $ 711.09 | $ 453.53 | | $ (1,043.88) | $ (120.74) |
| 05/16/19 | $ 1,180.00 | 04/01/19 | $ 1,251.12 | $ 330.77 | $ 711.09 | $ 469.33 | | $ 0.00 | $ (120.74) |
| 05/16/19 | $ 120.74 | | | $ 451.51 | | | | $ 120.74 | $ 0.00 |
| 05/16/19 | $ 1,180.00 | 05/01/19 | $ 1,251.12 | $ 380.81 | $ 711.09 | $ 469.33 | | $ 0.00 | $ 0.00 |
| 05/28/19 | $ 120.74 | | | $ 501.55 | | | | $ 120.74 | $ 120.74 |
| 05/28/19 | $ 1,180.42 | 06/01/19 | $ 1,251.12 | $ 430.85 | $ 711.09 | $ 469.33 | | $ 0.00 | $ 120.74 |
| 06/15/19 | $ 200.00 | | | $ 630.85 | $ 711.09 | $ 469.33 | | $ (980.42) | $ (859.68) |
| 06/15/19 | $ 1,000.00 | 07/01/19 | $ 1,251.12 | $ 379.73 | | | | $ 1,000.00 | $ 140.32 |
| 07/17/19 | | | | $ 379.73 | | | | $ - | $ 140.32 |
| 07/25/19 | $ 1,000.00 | 08/01/19 | $ 1,251.12 | $ 128.61 | $ 711.09 | $ 469.33 | | $ (180.42) | $ (40.10) |
| 07/25/19 | $ 300.00 | | | $ 428.61 | | | | $ 300.00 | $ 259.90 |
| 08/13/19 | | | | $ 428.61 | $ 711.09 | $ 542.10 | | $ (1,253.21) | $ (993.31) |
| 08/23/19 | $ 600.00 | | | $ 1,028.61 | | | | $ 600.00 | $ (393.31) |
| 08/23/19 | $ 600.00 | 09/01/19 | $ 1,251.12 | $ 377.49 | $ 711.09 | $ 542.12 | | $ (653.21) | $ (1,046.52) |
| 09/26/19 | $ 200.00 | | | $ 577.49 | | $ (5.27) | | $ 205.27 | $ (841.25) |
| 09/26/19 | $ 100.00 | | | $ 677.49 | | | | $ 100.00 | $ (741.25) |
| 09/26/19 | $ 200.00 | | | $ 877.49 | | | | $ 200.00 | $ (541.25) |
| 10/16/19 | | | | $ 877.49 | | | | $ - | $ (541.25) |
| 10/23/19 | $ 600.00 | 10/01/19 | $ 1,251.12 | $ 226.37 | | | | $ 600.00 | $ 58.75 |
| 10/23/19 | $ 600.00 | | | $ 826.37 | | | | $ 600.00 | $ 658.75 |
| 11/27/19 | $ 139.00 | | | $ 965.37 | | | | $ 139.00 | $ 797.75 |
| 11/27/19 | $ 150.00 | | | $ 1,115.37 | | | | $ 150.00 | $ 947.75 |
| 11/27/19 | $ 200.00 | 11/01/19 | $ 1,251.12 | $ 64.25 | | | | $ 200.00 | $ 1,147.75 |
| 11/27/19 | $ 600.00 | | | $ 664.25 | $ 711.09 | $ 542.12 | | $ (653.21) | $ 494.54 |
| 11/27/19 | $ 150.00 | | | $ 814.25 | | | | $ 150.00 | $ 644.54 |
| 12/18/19 | | | | $ 814.25 | | | | $ - | $ 644.54 |
| 01/16/20 | $ 225.00 | | | $ 1,039.25 | | | | $ 225.00 | $ 869.54 |
| 01/16/20 | $ 170.00 | | | $ 1,209.25 | | | | $ 170.00 | $ 1,039.54 |
| 01/16/20 | $ 395.00 | | | $ 1,604.25 | | | | $ 395.00 | $ 1,434.54 |
| 01/16/20 | $ 180.00 | 12/01/19 | $ 1,257.21 | $ 527.04 | | | | $ 180.00 | $ 1,614.54 |
| 01/16/20 | $ 180.00 | | | $ 707.04 | $ 711.09 | $ 533.18 | | $ (1,064.27) | $ 550.27 |
| 01/16/20 | $ 150.00 | | | $ 857.04 | | | | $ 150.00 | $ 700.27 |
| 01/30/20 | $ 1,200.00 | 01/01/20 | $ 1,257.21 | $ 799.83 | $ 711.09 | $ 540.03 | | $ (51.12) | $ 649.15 |

| Date | Amount | Date | Amount | Balance | | | | Adjustment | Running |
|---|---|---|---|---|---|---|---|---|---|
| 03/19/20 | $1,000.00 | 02/01/20 | $1,257.21 | $542.62 | $711.09 | $540.03 | | $(251.12) | $398.03 |
| 03/19/20 | $125.00 | | | $667.62 | | | | $125.00 | $523.03 |
| 03/19/20 | $175.00 | | | $842.62 | | | | $175.00 | $698.03 |
| 03/24/20 | $150.00 | | | $992.62 | | | | $150.00 | $848.03 |
| 03/24/20 | $150.00 | | | $1,142.62 | | | | $150.00 | $998.03 |
| 03/24/20 | $180.00 | 03/01/20 | $1,257.21 | $65.41 | | | | $180.00 | $1,178.03 |
| 03/24/20 | | | | $65.41 | $711.09 | $540.03 | | $(1,251.12) | $(73.09) |
| 03/24/20 | $820.00 | | | $885.41 | $711.09 | $540.03 | | $(431.12) | $(504.21) |
| 04/09/20 | $1,300.00 | 04/01/20 | $1,257.21 | $928.20 | $711.09 | $540.03 | | $48.88 | $(455.33) |
| 04/27/20 | | | | $928.20 | $711.09 | $540.03 | | $(1,251.12) | $(1,706.45) |
| 06/15/20 | $2,850.00 | | | $3,778.20 | $711.09 | $540.03 | | $1,598.88 | $(107.57) |
| 06/15/20 | | 05/01/20 | $1,257.21 | $2,520.99 | $711.09 | $540.03 | | $(1,251.12) | $(1,358.69) |
| 06/15/20 | | 06/01/20 | $1,257.21 | $1,263.78 | $711.09 | $540.03 | | $(1,251.12) | $(2,609.81) |
| 08/25/20 | | | | $1,263.78 | $711.09 | $540.03 | | $(1,251.12) | $(3,860.93) |
| 08/31/20 | $1,200.00 | 07/01/20 | $1,257.21 | $1,206.57 | | | | $1,200.00 | $(2,660.93) |
| 09/24/20 | $1,500.00 | 08/01/20 | $1,257.21 | $1,449.36 | | | | $1,500.00 | $(1,160.93) |
| 10/29/20 | $1,300.00 | 09/01/20 | $1,257.21 | $1,492.15 | | | | $1,300.00 | $139.07 |
| 11/11/20 | | | | $1,492.15 | | | | $- | $139.07 |
| 11/11/20 | | 10/01/20 | $1,257.21 | $234.94 | | | | $- | $139.07 |
| 11/11/20 | | | | $234.94 | | | | $- | $139.07 |
| 11/19/20 | $1,000.00 | | | $1,234.94 | $711.09 | $546.12 | | $(257.21) | $(118.14) |
| 11/19/20 | $250.00 | 11/01/20 | $1,257.21 | $227.73 | | | | $250.00 | $131.86 |
| 12/10/20 | $250.00 | | | $477.73 | | | | $250.00 | $381.86 |
| 12/10/20 | $1,000.00 | 12/01/20 | $1,250.58 | $227.15 | $711.09 | $546.12 | | $(257.21) | $124.65 |
| 01/18/21 | $1,000.00 | | | $1,227.15 | | | | $1,000.00 | $1,124.65 |
| 01/18/21 | $500.00 | | | $1,727.15 | $711.09 | $546.12 | | $(757.21) | $367.44 |
| 01/18/21 | $1,000.00 | 01/01/21 | $1,250.58 | $1,476.57 | $711.09 | $546.12 | | $(257.21) | $110.23 |
| 01/28/21 | | | | $1,476.57 | | | | $- | $110.23 |
| 03/01/21 | $16.35 | | | $1,492.92 | | | | $16.35 | $126.58 |
| 03/02/21 | $16.35 | | | $1,509.27 | | | | $16.35 | $142.93 |
| 03/09/21 | $1,000.00 | 02/01/21 | $1,250.58 | $1,258.69 | $711.09 | $546.12 | | $(257.21) | $(114.28) |
| 03/09/21 | $500.00 | 03/01/21 | $1,250.58 | $508.11 | | | | $500.00 | $385.72 |
| 04/07/21 | $1,000.00 | 04/01/21 | $1,250.58 | $257.53 | $711.09 | $539.49 | | $(250.58) | $135.14 |
| 04/07/21 | $500.00 | | | $757.53 | | | | $500.00 | $635.14 |
| 05/26/21 | | | | $757.53 | | | | $- | $635.14 |
| 06/18/21 | $1,000.00 | 05/01/21 | $1,250.58 | $506.95 | | | | $1,000.00 | $1,635.14 |
| 06/18/21 | $500.00 | | | $1,006.95 | | | | $500.00 | $2,135.14 |
| 06/23/21 | | | | $1,006.95 | $711.09 | $539.49 | | $(1,250.58) | $884.56 |
| 06/23/21 | | | | $1,006.95 | $711.09 | $539.49 | | $(1,250.58) | $(366.02) |
| 07/30/21 | | | | $1,006.95 | | | | $- | $(366.02) |
| 07/30/21 | | | | $1,006.95 | $711.09 | $525.58 | | $(1,236.67) | $(1,602.69) |
| 07/30/21 | | | | $1,006.95 | | | | $- | $(1,602.69) |
| 08/05/21 | $300.00 | 06/01/21 | $1,236.67 | $70.28 | | | | $300.00 | $(1,302.69) |
| 08/05/21 | $1,250.58 | 07/01/21 | $1,250.58 | $70.28 | $711.09 | $539.49 | | $(0.00) | $(1,302.69) |
| 09/24/21 | $1,250.58 | 08/01/21 | $1,250.58 | $70.28 | $711.09 | $539.49 | | $- | $(1,302.69) |
| 09/24/21 | $1,250.58 | 09/01/21 | $1,250.58 | $70.28 | $711.09 | $539.49 | | $- | $(1,302.69) |
| 10/22/21 | $249.42 | | | $319.70 | | | | $249.42 | $(1,053.27) |
| 10/22/21 | $1,250.58 | 11/01/21 | $1,250.58 | $319.70 | $711.09 | $539.49 | | $- | $(1,053.27) |
| 11/16/21 | $1,200.00 | 10/01/21 | $1,252.06 | $267.64 | $711.09 | $540.97 | | $(52.06) | $(1,105.33) |
| 12/22/21 | $1,200.00 | 01/01/22 | $1,252.06 | $215.58 | $711.09 | $540.97 | | $(52.06) | $(1,157.39) |
| 01/19/22 | $1,252.06 | 02/01/22 | $1,252.06 | $215.58 | $711.09 | $540.97 | | $- | $(1,157.39) |
| 03/14/22 | $1,252.06 | 03/01/22 | $1,252.06 | $215.58 | | | | $1,252.06 | $94.67 |
| 03/22/22 | | | | $215.58 | $711.09 | $540.97 | | $(1,252.06) | $(1,157.39) |
| 03/22/22 | | | | $215.58 | | | | $- | $(1,157.39) |
| 04/29/22 | $1,250.00 | 04/01/22 | $1,272.28 | $193.30 | | | | $1,250.00 | $92.61 |
| 05/13/22 | $1,250.00 | 05/01/22 | $1,272.28 | $171.02 | | | | $1,250.00 | $1,342.61 |
| 05/16/22 | | | | $171.02 | $711.09 | $561.19 | | $(1,272.28) | $70.33 |
| 06/28/22 | $1,316.84 | 06/01/22 | $1,272.28 | $215.58 | | | | $1,316.84 | $1,387.17 |
| 06/29/22 | | | | $215.58 | $711.09 | $561.19 | | $(1,272.28) | $114.89 |
| 06/29/22 | | | | $215.58 | | | | $- | $114.89 |
| 08/10/22 | $1,272.28 | 07/01/22 | $1,272.28 | $215.58 | | | | $1,272.28 | $1,387.17 |
| 08/11/22 | $1,272.28 | 08/01/22 | $1,272.28 | $215.58 | $711.09 | $561.19 | | $- | $1,387.17 |
| 08/22/22 | | | | $215.58 | $711.09 | $561.19 | | $(1,272.28) | $114.89 |
| 11/22/22 | $2,544.56 | 09/01/22 | $1,272.28 | $1,487.86 | | | | $2,544.56 | $2,659.45 |
| 11/23/22 | | 10/01/22 | $1,272.28 | $215.58 | $711.09 | $561.19 | | $(1,272.28) | $1,387.17 |
| 11/23/22 | | | | $215.58 | $711.09 | $561.19 | | $(1,272.28) | $114.89 |
| 02/28/23 | $2,500.00 | 11/01/22 | $1,272.28 | $1,443.30 | | | | $2,500.00 | $2,614.89 |
| 03/01/23 | | 12/01/22 | $1,272.28 | $171.02 | $711.09 | $561.19 | | $(1,272.28) | $1,342.61 |
| | | | | $171.02 | | | | $- | $1,342.61 |
| | | | | $171.02 | | | | $- | $1,342.61 |
| | | | | $171.02 | | | $543.56 | $(543.56) | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |
| | | | | $171.02 | | | | $- | $799.05 |

| | | | | $ 171.02 | | | $ - | $ 799.05 |
|---|---|---|---|---|---|---|---|---|
| | | | | $ 171.02 | | | $ - | $ 799.05 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | TAMMY J. RUTH-JIMENEZ A/K/A TAMMY J. KOHLER |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE      District of   PA |
| | (State) |
| Case Number | 1:18-bk-02770-HWV |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION       **Court claim no.** (if known):    8

**Last 4 digits** of any number you use to identify the debtor's account:      9213

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

---

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 07-17-18 (Review of Debtors Plan) | (3) | $250.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify:_____ | | (11) | $ |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |
| 14. | Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/ Thomas Song, Esquire        Date   September 5, 2018
    Signature

Print:     Thomas Song, Esq., Id. No.89834       Title
        First Name       Middle Name       Last Name

Company     Phelan Hallinan Diamond & Jones, LLP

Address     1617 JFK Boulevard, Suite 1400

        Philadelphia, PA 19103

Contact Phone    215-563-7000        Email   Thomas.Song@phelanhallinan.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TAMMY J. RUTH-JIMENEZ A/K/A TAMMY J. | : | BK. No. 1:18-bk-02770-HWV |
| KOHLER                              Debtor | : | |
| | : | Chapter No. 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
|                                    Movant | : | Document No. |
|                              v. | : | |
| TAMMY J. RUTH-JIMENEZ A/K/A TAMMY J. | : | |
| KOHLER                          Respondent | : | |
| | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES

I certify under penalty of perjury that I served or caused to be served the above captioned Notice of Post-Petition Fees, Expenses and Charges on the parties at the addresses shown below or on the attached list on September 5, 2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

SERVICE BY ELECTRONIC NOTIFICATION

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

MICHAEL S TRAVIS
3904 TRINDLE RD
CAMP HILL, PA 17011

ASST.U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

SERVICE BY FIRST CLASS MAIL

TAMMY RUTH-JIMENEZ
1156 NEW BRIDGEVILLE ROAD
RED LION, PA 17356-7871

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

September 5, 2018